Case 1:09-cv-09784-RWS   Document 97-2   Filed 09/14/12   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/21/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEUTSCHE BANK, AG,                          :

                          Plaintiff,    :

      vs.                                   :

BANK OF AMERICA, N.A.,                       :

                   Defendant.     :

CASE NO. 09-cv-9784-RWS

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of David Hart Pennington for admission to practice Pro Hac Vice in the above captioned actions is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California, and that his contact information is as follows:

Applicant's Name:    David Hart Pennington
Firm Name:        Munger, Tolles & Olson LLP
Address:           355 South Grand Avenue, 35th Floor
City/State/Zip:     Los Angeles, CA 90071
Phone Number:    (213) 683-9253
Fax Number:      (213) 687-3702
Email Address:    David.Pennington@mto.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Bank of America, N.A., in the above entitled actions;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  September 17, 2012

_____
Hon. Robert W. Sweet, United States District Judge

18582607 1