## MUNGER, TOLLES & OLSON LLP

560 MISSION STREET
TWENTY-SEVENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

355 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

April 24, 2013



VIA FACSIMILE: (212) 805-7925

WRITER'S DIRECT LINE
(415) 512-4022
(415) 644-6922 FAX
Kristin.Myles@mto.com

Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Deutsche Bank, AG v. Bank of America, N.A.*, 09-CV-9784 (RWS); *BNP Paribas Mortgage Corp. and BNP Paribas v. Bank of America, N.A.*, 09-CV-9783 (RWS)

Dear Judge Sweet:

We represent Bank of America, N.A. ("BoA") in the above-captioned matters. We seek the Court's approval to file a reply memorandum of up to 19 pages in support of BoA's Motion to Dismiss Certain Claims in Plaintiffs' Second Amended Complaints. BoA's opening brief in support of the motion was 33 pages long, and Plaintiffs' opposition was 35 pages long (each of the preceding page counts excludes the page containing the conclusion/signature block). Plaintiffs do not oppose this request.

*So ordered*
*Sweet USDJ*
*4.25.13*

20672651.1

MUNGER, TOLLES & OLSON LLP

Honorable Robert W. Sweet
April 24, 2013
Page 2

                      Sincerely,

                      */s/ Kristin Myles*

                      Kristin Myles

cc:    Stephen P. Sorensen, Esq.
        Robin A. Henry, Esq.

20672651.1