UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BNP PARIBAS MORTGAGE CORPORATION and BNP PARIBAS,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Civil Action No. 09-9783 (RWS)<br><br>Hon. Robert W. Sweet |
| DEUTSCHE BANK AG,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Civil Action No. 09-9784 (RWS)<br><br>Hon. Robert W. Sweet |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned attorneys for Plaintiffs BNP Paribas, BNP Paribas Mortgage Corporation, and Deutsche Bank AG, and Defendant Bank of America, N.A., that the date by which the parties shall complete expert discovery shall be modified as follows:

| Event | Current Date | New Date |
|---|---|---|
| Close of Expert Discovery | 7/21/2014 | 9/30/2014 |

Dated: August 20, 2014

BOIES, SCHILLER & FLEXNER LLP

*/s/ Robin A. Henry /JG*
Robin A. Henry
Motty Shulman
Jack Wilson
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
rhenry@bsfllp.com
mshulman@bsfllp.com
jwilson@bsfllp.com

*Attorneys for BNP Paribas Mortgage Corporation and BNP Paribas*

WILLIAMS & CONNOLLY LLP

*/s/ Thomas Ward /JG*
William E. Daniels
Thomas G. Ward
Daniel M. Dockery
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
tward@wc.com
ddockery@wc.com

*Attorneys for Deutsche Bank AG*

THOMAS, ALEXANDER & FORRESTER LLP

*/s/ Stephen Sorensen /JG*
Stephen P. Sorensen
14 27th Avenue
Venice, CA 90291
Telephone: (202) 445-7266
Facsimile: (310) 526-6852
ssorensen@tafattorneys.com

*Attorneys for Deutsche Bank AG*

MUNGER, TOLLES & OLSON LLP

*/s/ Richard St. John /JG*
Marc T.G. Dworsky
Kristin L. Myles
Gregory J. Weingart
Richard St. John
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5156
marc.dworsky@mto.com
richard.stjohn@mto.com

*Attorneys for Bank of America, N.A.*

SO ORDERED.

DATED: 8-22-14

*/s/ Sweet*
Hon. Robert W. Sweet
United States District Judge

2