# MUNGER, TOLLES & OLSON LLP

355 SOUTH GRAND AVENUE
THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

February 12, 2015



WRITER'S DIRECT CONTACT
(415) 512-4022
(415) 644-6922 FAX
kristin.myles@mto.com

BY FACSIMILE: (212) 805-7925

Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *BNP Paribas Mortgage Corp. v. Bank of America, N.A.*, No. 09-CV-9783-RWS;
*Deutsche Bank AG v. Bank of America, N.A.*, No. 09-CV-9784-RWS

Dear Judge Sweet:

This letter is jointly submitted by counsel for all parties to the actions referred to above. We write to request that the Court modify the current summary judgment briefing schedule, which is set forth in the Court's November 13, 2014 and November 24, 2014 Orders.

Pursuant to the November 24, 2014 Order, the parties served summary judgment papers on November 24, 2014 but have not yet filed those papers, pending resolution of issues posed by the designation of a significant amount of supporting material as "confidential."

Under the current schedule, the parties are to file opposition briefs by February 13, 2015 and reply briefs by March 27, 2015. In order that oppositions and replies are treated in the same manner as the opening briefs, the parties respectfully request that the schedule be modified as follows:

1. Oppositions to summary judgment motions, including statements pursuant to Local Civil Rule 56.1 and any substantive declarations and/or exhibits, but not including exhibits and

*So Ordered*
*Sweet USDJ*
*2.13.15*

any non-substantive declarations of counsel to the parties identifying exhibits, shall be served on all parties (but not filed with the Court) by e-mail by February 13, 2015.

2. Exhibits to summary judgment oppositions and any non-substantive declarations identifying exhibits shall be served on all parties (but not filed with the Court) by electronic media to be delivered by February 18, 2015.

3. Replies in support of summary judgment motions, including statements pursuant to Local Civil Rule 56.1 and any substantive declarations and/or exhibits, but not including exhibits and any non-substantive declarations of counsel to the parties identifying exhibits, shall be served on all parties (but not filed with the Court) via e-mail by March 27, 2015.

4. Exhibits to summary judgment replies and any non-substantive declarations identifying exhibits shall be served on all parties (but not filed with the Court) by electronic media to be delivered by April 1, 2015.

5. The parties shall meet and confer to address any issues of confidentiality that would be raised by the public filing of the summary judgment papers, and, on a date to be agreed by the parties and submitted to the Court after that meet and confer, shall file with the Court the papers previously served on the parties as well as any requests to file under seal.

We appreciate the Court's attention to these issues.

Respectfully submitted,

*Kristin Linsley Myles /dc*

Kristin Linsley Myles

cc: Robin Henry, Esq.
     Thomas Ward, Esq.