UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK AG,<br><br>Plaintiff,<br><br>v.<br><br>BANK of AMERICA, N.A,<br><br>Defendant. | Civil Action No.: 09-cv-9784(RWS)<br>ECF Case<br><br>Hon. Robert W. Sweet<br><br>APR 01 2015<br><br>JUDGE SWEET CHAMBERS |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedures 41(a)(1)(A)(ii), Plaintiff, Deutsche Bank AG, and Defendant, Bank of America, N.A., by and through their undersigned counsel, hereby STIPULATE and AGREE that any and all claims in this matter have been fully resolved and settled and this case is DISMISSED WITH PREJUDICE, and without costs.

SO STIPULATED this 31 day of March, 2015 by:

WILLIAMS & CONNOLLY LLP

*/s/ Thomas G. Ward*

Thomas G. Ward (TW-6255)
Daniel M. Dockery (DD-1975)
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
tward@wc.com
ddockery@wc.com

THOMAS, ALEXANDER &
FORRESTER LLP

*/s/ Stephen P. Sorensen*

Stephen P. Sorensen
14 27th Avenue
Venice, CA 90291
Telephone: (202) 445-7266
Facsimile: (310) 526-6852
ssorensen@tafattorneys.com

MUNGER, TOLLES & OLSON LLP

*/s/ Richard St. John*

Marc T.G. Dworsky
Kristin L. Myles
Gregory J. Weingart
Richard St. John
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
marc.dworsky@mto.com
kristin.myles@mto.com
gregory.weingart@mto.com
richard.stjohn@mto.com

*Attorneys for Defendant Bank of America, N.A.*

So ordered

Sweet USDJ
4-1-15

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/15

*Attorneys for Plaintiff Deutsche Bank AG*